**United States Bankruptcy Court**
**Eastern District of New York**

In re  **1198 DECATUR, LLC**                                                                 Case No.
                                    Debtor(s)                                                 Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **July 26, 2023**                         **/s/ Asher Pashkes**
                                                 **Asher Pashkes**/**Managing Member**
                                                 Signer/Title

Date:  **July 26, 2023**                         **/s/ Nnenna Onua**
                                                 Signature of Attorney
                                                 **Nnenna Onua**
                                                 **McKinley Onua & Associates**
                                                 **26 Court Street**
                                                 **Suite 300**
                                                 **Brooklyn, NY 11242**
                                                 **718-522-0236   Fax: 7187018309**