```
Con Edison
P.O. Box 1702
New York, NY 10116-1702


Flushing Bank,
1707 Veterans Highway
Islandia, NY 11749


JASPAN SCHLESINGER NAREND
300 Garden City Plaza
Garden City, NY 10501


NYC Environmental Protect
250 Livingston Street
8th, Floor
Brooklyn, NY 11201
```