UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- x
In re                                               :   Case No. **123-42648 JMM**
                                                    :
**1198 DECATUR, LLC**                               :
                                                    :   (Chapter 7)
                                                    :
                                                    :
         Debtor(s).                                 :
                                                    :
-------------------------------------------------- :
                                                    x

**TRUSTEE'S MOTION FOR DISMSSAL OF CHAPTER 7 CASE UNDER 11 U.S.C. § 707**

RICHARD J. McCORD (the "Trustee"), in the above-captioned case, hereby moves, upon the affirmation of the Trustee annexed hereto, for an order dismissing this case, and/or file a motion under 11 U.S.C. § 707, for the unexcused failure of the debtor(s) to appear on **08/29/23**, **09/13/23** and **10/11/2**3 at the meeting of creditors mandated by 11 U.S.C. § 341(a). In the absence of the examination of the debtor(s), the Trustee is unable to effectively administer the case.

Pursuant to 11 U.S.C. § 707 and Bankruptcy Rules 1017(e) and 4004(b) the Trustee has scheduled a hearing before the Honorable **JIL MAZER-MARINO**, United States Bankruptcy Judge, on December 7, 2023 at 10:00 a.m. at the United States Bankruptcy Court, 271 Cadman Plaza East, in Courtroom 3529, Brooklyn, New York 11201, to consider the aforesaid motion.

**PLEASE TAKE NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must

register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or

email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or

JMM_Hearings@nyeb.uscourts.gov.

      PLEASE TAKE FURTHER NOTICE that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: October 30, 2023

                              By:    /s/ Richard J. McCord  
                                  RICHARD J. McCORD (TRM 3290)  
                                  Chapter 7 Trustee