UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------- x
\-                                                                          :    Case No. **123-42648 JMM**
In re                                                                      :
                                                                                :
**1198 DECATUR, LLC**                                      :    (Chapter 7)
                                                                                :
                                                                                :
                                                                                :
                                   Debtor(s).         x
-------------------------------------------------------

# AFFIRMATION IN SUPPORT OF MOTION TO DISMISS CHAPTER 7 CASE UNDER 11 U.S.C.§§ 707

  I, Richard J. McCord, have been appointed by the United States Trustee to serve as the interim trustee in the above-captioned case and affirm as follows:

  1. This affirmation is made in support of a motion for an order pursuant to 11 U.S.C. § 707, dismissing this case for cause, or file a motion under 11 U.S.C. § 707.

  2. On **07/26/23**, the debtor(s) commenced this case by filing a voluntary petition under Chapter 7.

  3. The debtor(s) failed to appear and submit to examination, as required by 11 U.S.C. § 343, at the meeting of creditors held pursuant to 11 U.S.C. § 341(a) scheduled for **08/29/23**, **09/13/23** and **10/11/23**.

  4. The foregoing conduct of the debtor(s) constitutes cause to dismiss a Chapter 7 case under 11 U.S.C. § 707.

Dated: East Meadow, New York
   October 30, 2023

                 /s/ Richard J. McCord
                RICHARD J. McCORD (TRM3290)
                CHAPTER 7 TRUSTEE